| |
|---|
| **UNITED STATES BANKRUPTY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| **IN RE:**<br><br>**FREDERICK S COLLINS III,**<br><br><br><br>                    **Debtor** |

Case No.:  18-26097 RG

# NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1,595.55, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:    FREDERICK S COLLINS III - Debtor's Refund
                         283 FIRST AVENUE
                         APARTMENT 303
                         NEWARK, NJ  07107

Amount:                  $1,595.55

Trustee Claim Number:    0

Reason:                  Checks have been returned as undeliverable

                                              By:    /S/  Marie-Ann Greenberg
Dated:  June 19, 2019                                MARIE-ANN GREENBERG
                                                     CHAPTER 13 STANDING TRUSTEE